■ In the Matter of PAMELA A. BROWN, Respondent, v RALPH PATTERSON, Appellant. (Appeal No. 3.) [967 NYS2d 853]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered November 2, 2012 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to vacate orders of supervised visitation.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Brown v Patterson* (108

AD3d 1131 [2013]). Present—Centra, J.P., Peradotto, Sconiers, Valentino and Whalen, JJ.